Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAURA POYER, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF LABOR & INDUSTRIES, a subdivision and department of the State of Washington; TIM SMOLEN individually; TIM SMOLEN and JANE DOE SMOLEN, husband and wife, and the marital community comprised thereof; MARNEE WATSON individually; MARNEE and JOHN DOE WATSON, husband and wife, and the marital community comprised thereof; and UNNAMED ENTITIES, INDIVIDUALS (1)-(6),<br><br>Defendants. | NO.: 17-1053MJP<br><br>ORDER DISMISSING DEFENDANTS MARNEE WATSON, JOHN DOE WATSON, TIM SMOLEN, JANE DOE SMOLEN AND AMENDING THE CAPTION OF THE CASE |

Based upon the stipulation of the parties filed on December 1, 2017

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's Complaint and all claims made therein, as alleged against defendants Tim Smolen, Jane Doe Smolen, Marnee Watson, John Doe Watson, are DISMISSED, in their entirety, with prejudice, and without fees or costs to any party; and

2. The caption of this matter is AMENDED to read, "Laura Poyer, Plaintiff, v. Washington State Department of Labor And Industries, Defendant," and the Clerk shall take such steps as are necessary to so amend the caption.

DONE this 7th day of December, 2017.

Marsha J. Pechman
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/Kaylynn What*
KAYLYNN WHAT, WSBA #43442
KATY J. DIXON, WSBA #43469
Assistant Attorney General
800 Fifth Ave. Suite 2000
Seattle, WA 98104
Tel: (206) 389-2794
Fax: (206) 587-4229
E-mail: kaylynnw@atg.wa.gov
katyd@atg.wa.gov
*Attorneys for Defendants*

BAROKAS MARTIN & TOMLINSON

*s/Aric Bomsztyk*
ARIC BOMSZTYK, WSBA#38020
BLAIR RUSS, WSBA #40374
1000 Second Ave, Ste 3660
Seattle WA 98104
Tel: (206) 621-1871
Fax: (206) 621-9907
E-mail: sb@bmatlaw.com;
bmr@bmatlaw.com
*Attorneys for Plaintiff*