Hon. Marsha J. Pechman

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LAURA POYER, a single woman,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WASHINGTON STATE DEPARTMENT OF LABOR & INDUSTRIES, a subdivision and department of the State of Washington;<br><br>　　　　　　　　　　Defendants. | NO: 17-1053 MJP<br><br>STIPULATION AND ORDER OF ENTRY OF JUDGMENT<br><br>NOTE ON MOTION CALENDAR: DECEMBER 1, 2017 |

### I.　　JUDGMENT SUMMARY

<u>Judgment Creditor(s):</u>　　　　　　　Laura Poyer

<u>Judgment Creditor(s)' Attorney(s):</u>　Aric S. Bomsztyk, Blair M. Russ

<u>Judgment Debtor:</u>　　　　　　　　　State of Washington, Department of Labor & Industries

<u>Judgment Amount:</u>　　　　　　　　$30,000

<u>Pre-Judgment Interest:</u>　　　　　　$0.00

<u>Post-Judgment Interest:</u>　　　　　　12% per annum

<u>Taxable Costs and Attorney Fees:</u>　$7,160

<u>Total:</u>　　　　　　　　　　　　　　$37,160

## II. ORDER and JUDGMENT

THIS MATTER came on before the undersigned Judge upon stipulation of the parties for entry of judgment against the State of Washington, Department of Labor & Industries,

NOW, THEREFORE, the Court does make and enter the following Judgment:

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Laura Poyer is awarded a Judgment against State of Washington, Department of Labor & Industries in the amount of $37,160, plus interest thereon at the rate of twelve percent (12%) per annum from date of entry until paid.

DONE this 7th day of December, 2017.

_____
Marsha J. Pechman
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/Kaylynn What*
KAYLYNN WHAT, WSBA #43442
KATY J. DIXON, WSBA #43469
Assistant Attorney General
800 Fifth Ave. Suite 2000
Seattle, WA 98104
Tel: (206) 389-2794
Fax: (206) 587-4229
E-mail: kaylynnw@atg.wa.gov
katyd@atg.wa.gov
*Attorneys for Defendants*

BAROKAS MARTIN & TOMLINSON

*s/Aric Bomsztyk*
ARIC BOMSZTYK, WSBA#38020
BLAIR RUSS, WSBA #40374
1422 Bellevue Ave
Seattle WA 98122
Tel: (206) 621-1871
Fax: (206) 621-9907
E-mail: sb@bmatlaw.com;
bmr@bmatlaw.com
*Attorneys for Plaintiff*